In the Matter of WILBUR N. CRESWELL, as Administrator of the Estate of JAMES J. STIEHLE, Deceased, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— In a proceeding pursuant to section 618 of the Insurance Law, by petitioner, as the administrator of the estate of James J. Stiehle, deceased, for the court's permission to institute an action against the Motor Vehicle Accident Indemnification Corporation to recover damages for decedent's wrongful death, the corporation appeals from an order of the Supreme Court, Dutchess County, dated August 25, 1961, which granted the application and which gave petitioner the permission requested. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

In the Matter of the Estate of ALLEN R. MOLLINEAUX, Deceased, et al., Respondents, v. WALTER G. MICHAELIS et al., Constituting the Board of Zoning Appeals of the Town of Hempstead, Appellants.— In a proceeding under article 78 of the Civil Practice Act, to annul the determination of the Board of Zoning Appeals of the Town of Hempstead, Nassau County, denying petitioners' application for a special use permit for the construction and operation of a motel on land in a business use district, the board appeals from an order of the Supreme Court, Nassau County, entered July 20, 1961, which granted the petition, annulled the board's determination and directed it to issue such a special use permit in accordance with petitioners' application therefor. Order affirmed, with costs. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. [29 Misc 2d 933.]